# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1782
Lower Tribunal No. 2022-CA-008266

_____

CORNERSTONE FLOOR AND HOME, LLC,

Appellant,

v.

CARR BOYS, LLC,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Emerson R. Thompson, Jr., Judge.

October 7, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


J. Kemp Brinson, of Reed Mawhinney & Link, Lakeland, for Appellant.

Christopher A. Pace and Jill S. Schwartz, of Jill S. Schwartz & Associates, P.A., Winter Park, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED